Penrose Elevator Company, Appellee, v. Wayne Mc-Cray, Appellee, and W. F. Holmes, Appellant.

Gen. No. 9,489.

Heard in this court at October term, 1939; opinion filed January 25, 1940. George C. Dixon, Fremont M. Kaufman and Hall, Mitchell & Petz, for appellant; Warner & Warner, for appellee; R. L. Warner and M. C. Pires, of counsel. Opinion by JUSTICE DOVE. ''Not to be published in full.''

Hymen Pollack and William Pollack, Trading as Pollack Auto Sales, Appellants, v. Bernard J. Smith, Appellee.

Gen. No. 9,504.

Heard in this court at October term, 1939; opinion filed January 25, 1940. Eva R. Pollack and Gordon Moffett, for appellants; Charles G. Seidel, for appellee. Opinion by JUSTICE DOVE. ''Not to be published in full.''